Bruce Isaacs, Mediator
Signature Resolution
633 W. 5th Street, Suite 1000
Los Angeles, CA 90071

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYAN E. GLYNN | Plaintiff(s) | CASE NUMBER<br>8:21-cv-00357 JVS (DFMx) |
| v. | | |
| OC CIGARS, LLC | Defendant(s). | MEDIATION REPORT |

***Instructions:*** *The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): April 5, 2022 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).
   ☐ Did not appear as required by Civil L.R. 16-15.5(b).
   　☐ Plaintiff or plaintiff's representative failed to appear.
   　☐ Defendant or defendant's representative failed to appear.
   　☐ Other:

3. Did the case settle?

   ☑ Yes, fully, on April 5, 2022 (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ Yes, partially, and further facilitated discussions are **not** expected.
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   NA .

Dated: April 5, 2022

_____
Signature of Mediator
Bruce Isaacs
Name of Mediator (print)

The Mediator is to electronically file original document.